**Marion BRIGGS, Claimant/Appellant,**

v.

**CITY OF ST. LOUIS,
Defendant/Respondent.**

**No. 59837.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 19, 1991.

Robert H. Sihnhold, Harry James Nichols, St. Louis, for claimant/appellant.

Edward James Hanlon, Government Counsel, City Counselor's Office, St. Louis, for defendant/respondent.

ORDER

PER CURIAM.

Claimant appeals from a circuit court judgment affirming a final order of the Labor and Industrial Relations Commission denying his claim for worker's compensation. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties

have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).